# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0905
Lower Tribunal No. F23-13127
_____

**Patrick Andrew Cooper,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Patrick Andrew Cooper, in proper person.

James Uthmeier, Attorney General, and Haccord Curry, Assistant Attorney General, for appellee.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Patrick Andrew Cooper seeks review of an order denying his motion for correction of jail credit. We treat the denial as a dismissal and affirm without prejudice to the filing of a legally sufficient motion pursuant to Florida Rule of Criminal Procedure 3.801 within thirty days of the issuance of this court's mandate.

Affirmed.